**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CECIL HARRISON**                                                                                 **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 3:09-CV-106 -SA-JAD**

**YALOBUSHA COUNTY,** *et al.*                                                    **DEFENDANTS**

### ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion for Summary Judgment [38] is GRANTED;

(2) the Plaintiff's claims against the Defendants are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the <u>5th</u> day of October, 2010.

                                                                          **/s/ Sharion Aycock**
                                                                         **UNITED STATES DISTRICT JUDGE**